FILED: 07-15-2014

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *United States of America*, | Case No. SACV 14-840-GHK |
| **Plaintiff**, | SACR 98-060-AHS |
| vs. | **JUDGMENT** |
| *Tran Damone Monroe* | |
| **Defendant**. | |

Pursuant to the Court's July 15, 2014 Order, IT IS HEREBY ADJUDGED that Defendant's motion pursuant to 28 U.S.C. § 2255 is **DENIED with prejudice**. Also pursuant to our July 15, 2014 Order, we **DENY** issuance of a certificate of appealability.

**IT IS SO ORDERED.**

Dated: July 15, 2014

_____
GEORGE H. KING
Chief United States District Judge